## IN THE SUPREME COURT OF PENNSYLVANIA
### MIDDLE DISTRICT

| | | |
|---|---|---|
| PLUM HOLLOW HUNTING CLUB, INC., | : | No. 840 MAL 2016 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| LARRY J. DILLMAN AND TINA M. | : | |
| DILLMAN, HIS WIFE, BONNIE M. | : | |
| MILLER, WIDOW, AND DUAINE A. | : | |
| RAMSEY, SINGLE, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 9th day of May, 2017, the Petition for Allowance of Appeal is **DENIED**.